**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Lawrence Elie MEGGISON, Defendant—Appellant.**

**No. 06–6384.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 17, 2006.

Decided: Aug. 4, 2006.

Lawrence Elie Meggison, Appellant Pro Se. Angela R. White, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILLIAMS, TRAXLER, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lawrence Elie Meggison seeks to appeal the district court's order directing Meggison to inform the court whether he wished the court to construe a pleading as a 28 U.S.C. § 2255 (2000) motion and, if so, to complete and submit the proper form. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral or-

ders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Meggison seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*